TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6787
Daniel.Hollingsworth@usdoj.gov
*Attorneys for the United States*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:03-CV-817-KJD-LRL |
| Plaintiff, | **Motion to Withdraw as Forfeiture Attorney** |
| v. | |
| UNITED STATES CURRENCY, CURRENCY EQUIVALENTS, AND SECURITIES IN VARIOUS STOCK FUNDS, DESCRIBED IN ATTACHMENT A, ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE, | |
| Defendants. | |

The United States moves this Court to allow Daniel D. Hollingsworth to withdraw as the forfeiture attorney of record for the United States of America in this case because

\

\

\

\

\

\

forfeiture has been completed, and he should be terminated from further notification of this Court's CM/ECF system.

Dated: January 30, 2026.

Respectfully submitted,

TODD BLANCHE
Deputy Attorney General of the United States

/s/ *Daniel D. Hollingsworth*
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: _____2/9/2026_____

## ATTACHMENT A

a. Travis Morgan Securities Account Number 27A-03970 in the name of Peter E. Berney, containing:
   (1) 40,000 shares of Agriceutical Technologies, Inc.
   (2) 10,000 shares of Healthcom Evaluation Services

b. Travis Morgan Securities Account Number 27A-03046 in the name of Cambro Investment Group, containing:
   (1) 27,400 shares of McBride Temp.
   (2) 13,300 shares of Miracom Corp.
   (3) 3,000 shares of Nostalgia Motorcars, Inc.
   (4) 10,750 shares of Premier Mortgage Resources
   (5) 70,000 shares of Ricex Co.
   (6) 16,000 shares of Spectre Industries, Inc.

c. Travis Morgan Securities Account Number 17500166 in the name of Cambro Investment Group, containing:
   (1) $27,200.00
   (2) 2,000 shares of Ricex Co.

d. West America Securities Account Number 068524611 in the name of Equity Management Services, containing:
   (1) $180,104.67
   (2) 66,000 shares of Entertainment Internet
   (3) 7,850 shares of Healthcom Evaluation Services Corp.
   (4) 10,230 shares of Miracom Corp.
   (5) 82,800 shares of JC Gear.com
   (6) 20,000 shares of Netamer Int'l Corp.
   (7) 50,000 shares of Page Active Holdings
   (8) 50,000 shares of Saleoutlet.com
   (9) 5,855 shares of Tangible Assets Galleries

e. Morgan Stanley Account Number 137073366 in the name of Peter E. Berney TOD Mary Berney, Max Berney, and Alex Berney, containing:
   (1) $350,146.62
   (2) 2,700 shares of Cross Lake Mineral
   (3) 17,000 shares of Telesciences, Inc.
   (4) 2,000 shares of Zitel Corp.

f. Stock USA Account Number 54U-46120 in the name of Peter E. Berney, containing:
   (1) 350 shares Microsoft Corp.
   (2) 500 shares Microvision, Inc.

ATTACHMENT A

g.   Stock USA Account Number 54U-46330 in the name of Sequoia Investment Group, Inc., containing:
- (1)   $137,902.52
- (2)   10,000 shares of Cel-Sci Corp. New
- (3)   5,000 shares of Crystallex Int'l. Corp.
- (4)   6,000 shares of Industrial Data Systems Corp.
- (5)   3,000 shares of Kent Financial Services, Inc.
- (6)   10,000 shares of Recovery Network, Inc.
- (7)   1,000 shares of Nextel Communications, Inc. CL A
- (8)   1,000 shares of Warp 10 Technologies, Inc.

h.   Bank of America Account Number 974018145 in the name of Andrew Berney, containing $1,091,000.00.

i.   Bank of America Account Number 974008914 in the name of Watkins Glen Development Trust, containing $12,552.15.

j.   Bank of America Investment Services Account Number 622019181 and Bank of America Account Number 974048548 in the name of Peter E. Berney, containing $536,645.43.

k.   Bank of America Account Number 974022550 in the name of Cambro Investment Group, containing $89,354.76.

l.   Bank of America Account Number 974008906 in the name of PBA Energy Associates, containing $156,074.51.

m.   $179,993.00 in United States Currency seized from the attorney trust account of Richard Wright, Esq.

n.   $37,150.00 in United States Currency seized from Peter Berney's person at the time of his arrest in Switzerland.

o.   $1,681,341.46 in United States Currency of the surety bond or bail posted with the United States District Court for the benefit of Rebecca Berney or any other person.

p.   $73,934.63 in United States Currency, proceeds of the sale of, and in lieu of, a vacant lot situated in Clark County, Nevada, near the intersection of Whispering Sands Drive and Desperado Street, APN: 125-15-602-005.

q.   $187,942.33 in United States Currency, proceeds of the sale of, and in lieu of, a vacant lot situated in Clark County, Nevada, near the intersection of Whispering Sands Drive and Desperado Street, APN: 125-15-602-003.

r.   Mutual funds with The Munder Funds, located at 211 South Gulph Road, King of Prussia, Pennsylvania 19406, more particularly described as:

   (1) Account #0002796837 in the name of Peter Berney, Custodian fbo Mary Berney UTMA/NV, containing $23,733.95

   (2) Account #0002796811 in the name of Peter Berney, Custodian fbo Alex Berney UTMA, containing $23,733.95

   (3) Account #0002796795 in the name of Peter Berney, Custodian fbo Max Berney UTMA, containing $23,733.95

s. $10.26 seized from account #137 073880 at Morgan Stanley Dean Witter, Las Vegas, Nevada

t. $10.26 seized from account #137 073881 at Morgan Stanley Dean Witter, Las Vegas, Nevada

u. $10.26 seized from account #137 073882 at Morgan Stanley Dean Witter, Las Vegas, Nevada

v. 2,982 units of VK Focus Port Internet, frozen in account #137 073880 at Morgan Stanley Dean Witter, Las Vegas, Nevada

w. 2,982 units of VK Focus Port Internet, frozen in account #137 073881 at Morgan Stanley Dean Witter, Las Vegas, Nevada

x. 2,982 units of VK Focus Port Internet, frozen in account #137 073882 at Morgan Stanley Dean Witter, Las Vegas, Nevada

y. $562,489.65 in United States Currency, constituting all interests and assets of the foreign bank and securities accounts of Burbage Holdings, Inc., Fieldhead Management, S.A., Dermot Group, Inc., Redwood Capital Management, Inc., Clarion Investments, Ltd., Talfield Finance, Inc., Vingor Securities, Ltd., Baldrine Trader, Inc., Riva Investments, Inc., and Dresner Investments, Inc.